**481 STANGE vs. CIRCUIT JUDGE (Wayne), 22 M., 407.**

To compel respondent to permit defendant and appellee to take judgment for his set-off in a case appealed from a justice of the peace, on the trial of which in the circuit, plaintiff (appellant) did not appear.

Denied April 11, 1871.

Held, that the only judgment which can be rendered in such case is one of non-suit or of discontinuance.

**482 WELLS ET AL. vs. CIRCUIT JUDGE (St. Joseph), 39 M., 21.**

To compel respondent to allow a set-off of one judgment against another, which he refused on account of a dispute as to rights of attorney and assignee.

Denied June 11, 1879.

Held, that mandamus does not lie to review the discretion of a circuit judge; that his denial of the motion was not a bar to proceedings in equity.